THE VOORHEES RUBBER MANUFACTURING COMPANY *vs.*
CHARLES H. CHEENEY.

Third Judicial District.

Argued June 2d—decided July 16th, 1915.

ACTION to recover a balance alleged to be due for
merchandise sold and delivered, brought to and tried
by the Court of Common Pleas in New Haven County,
*Wolfe, J.;* facts found and judgment rendered for the
plaintiff for $107, and appeal by the defendant. *No
error.*

*Cornelius J. Danaher,* for the appellant (defendant).

*Patrick J. O'Brien,* for the appellee (plaintiff).

PER CURIAM. No question of law is presented by
this appeal. The plaintiff sued upon the common
counts to recover for certain rubber tubes sold and re-
paired. The defendant, among other things set up in
his answer and counterclaim, alleged that under "the
oral agreement under which said items mentioned in the
bill of particulars were furnished," the tubes were to be
"puncture proof, blow-out proof and free from any de-
fect, latent or otherwise." The court found what the
oral contract was under which the tubes were delivered
and repairs made, that it did not conform in respect
to warranty to that set up by the defendant, and that
the plaintiff had complied with the contract which it
is found was made. The only ground of error urged
in the brief and argument of the defendant is, that no
such agreement as the court has thus found was alleged
in the complaint. The plaintiff might recover under the

common counts for goods delivered and repaired under the special contract. The court properly found, and made a part of the record on appeal, the contract under which the goods and services were furnished. That was put in issue by the defendant's answer and counterclaim, and because of his request for a finding for appeal, and of the questions of law which he proposed to raise thereunder, it became necessary for the trial judge to set out the contract between the parties.

There is no error.